UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRICIA MARTINEZ,

    Plaintiff,

v.

RICH WOLOWSKI, et al.,

    Defendants.
_____/

Case No. 2:22-cv-83

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on October 4, 2022, recommending that Plaintiff's Complaint be dismissed for failure to state a claim.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated:  October 25, 2022

      /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.